**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-01342-jw |
| Fivecoate, Toni Ann ) | |
| Last Four Digits of SSN: 8382 ) | Chapter 13 |
| 111 Van Buren Avenue ) | |
| Ladson, SC  29456 ) | **NOTICE OF MOTION TO DETERMINE** |
| ) | **FINAL CURE** |
| Debtor ) | |

  Debtor, Toni Ann Fivecoate, has filed a Motion to Determine Final Cure.

  **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the court to determine final cure, or you want the court to consider your views on the Motion, then within FOURTEEN (14) days of service of this notice, you or your attorney must:

  File with the court a written response, return, or objection at:
   1100 Laurel Street
   Columbia, SC 29201

  Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

  If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

  You must also send a copy to:  Elizabeth M. Atkins, Esquire
            PO Box 60568
            N. Charleston, SC 29419

  Attend the hearing scheduled to be heard on **April 8, 2021, at 10:00 A.M.,** at 145 King Street, Room 225, Charleston, South Carolina.

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

|  | /s/ Elizabeth M. Atkins |
|---|---|
| N. Charleston, South Carolina | Elizabeth M. Atkins, Esquire    D.C.I.D. 4436 |
| Dated:  March 8, 2021 | Attorney for Debtor |
|  | P.O. Box 60568 |
|  | N. Charleston, SC 29419 |
|  | Telephone:  (843) 763-0333 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have mailed a copy of the Notice of Motion to Determine Final Cure, dated  March 8, 2021, Gentry Collins, Esquire and Travis E. Menk, Esquire, For Deutsche Bank National Trust Company, 8757 Red Oak Blvd.  Suite 150, Charlotte, NC 28217 with sufficient postage attached and to James M. Wyman, Chapter 13 Trustee, via CM/ECF on this 8th day of March 2021,

|  | /s/ Christy S. Price |
|---|---|
| N. Charleston, South Carolina | Office of Elizabeth M. Atkins, Esquire    D.C.I.D. 4436 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.16-01342-jw |
| Fivecoate, Toni Ann ) | |
| Last Four Digits of SSN: 8382 ) | Chapter 13 |
| ) | |
| ) | **MOTION TO DETERMINE FINAL CURE** |
| ) | |
| Debtor ) | |

    Debtor, through her attorney, hereby files this Motion to Determine Final Cure. Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005-2 filed its Response to the Notice of Final Cure filed by the Chapter 13 Trustee. The Creditor response asserted that the Debtor was contractually due for the post-petition months of November 2020, December, 2020, and January 2021. However, the payment history attached to the Creditor Response supports the Debtor position that these payments have been posted by Creditor.

    Debtor contends that all post-petition payments have been made and that the payments are current through February 2021. Debtor respectfully requests that the Court schedule a hearing to determine the final cure and address the Creditor Response to the Trustee Notice, including Creditor payment history.

| | |
|---|---|
| | /s/ Elizabeth M. Atkins |
| N. Charleston, South Carolina | Elizabeth M. Atkins, Esquire   D.C.I.D. 4436 |
| Dated:  March 8, 2021 | Attorney for Debtor |
| | P.O. Box 60568 |
| | N. Charleston, SC 29419 |
| | Telephone:  (843) 763-0333 |