# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

**Case No**    16-01342-jw

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.16-01342-jw |
| Fivecoate, Toni Ann ) | |
| Last Four Digits of SSN: 8382 ) | Chapter 13 |
| ) | |
| ) | **ORDER** |
| ) | |
| Debtor ) | |

     A Motion to Determine Final Cure was filed by Debtor asserting that the post-petition mortgage payments were current through February 2021.  Notice of the Motion was provided to the Chapter 13 Trustee and the attorney for Deutsche Bank National Trust Company;   no objections were filed.

     Based on the supporting documentation attached to the Creditor Response to Final Cure,  the post-petition mortgage payments are current.

     **IT IS HEREBY ORDERED** that the Debtor's post-petition mortgage payments are current through February 2021.

     **AND IT IS SO ORDERED**.